**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00265-CV**
_____

**GERARD R. JACQUIN, Appellant**

**V.**

**DOSSEY & JONES, PLLC, AND JAMES P. DOSSEY, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF DALE DOSSEY, Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-08-11783-CV**
_____

**MEMORANDUM OPINION**

Phillipe E. Mulacek and Asian Gas Partners, Ltd., filed an unopposed motion to dismiss them from this accelerated appeal. *See* Tex. R. App. P. 42.1(d). The movants informed the Court that they did not oppose the special appearance filed by Appellant Gerard R. Jacquin.

We grant the motion and dismiss the appeal as to Phillipe E. Mulacek and Asian Gas Partners, Ltd. *See id.* 43.2(f). Gerard R. Jacquin's accelerated appeal

1

challenging the denial of his special appearance shall continue under the same appellate cause number. We direct the Clerk of the Court to redesignate this appeal as Appeal Number 09-23-00265-CV, *Gerard R. Jacquin v. Dossey & Jones, PLLC, and James P. Dossey, Individually and as Executor of the Estate of Dale Dossey.*

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted on October 25, 2023
Opinion Delivered October 26, 2023

Before Golemon, C.J., Horton and Wright, JJ.

2